**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Carl Gene Thymes
In Proper Person
PO Box 60443
Lafayette LA 70596

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on January 29, 2020

**REHEARING ACTION: January 29, 2020**

**Docket Number: 19   00479-CA**

**BRAVEAUX PM, LLC, ET AL.**
**VERSUS**
**CARL GENE THYMES**

**Appealed from Lafayette Parish Case No. C-20190295**

**BEFORE JUDGES:**

  **Hon. John D. Saunders**
  **Hon. Shannon J. Gremillion**
  **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Carl Gene Thymes** has this day been

   **DENIED.**

cc: John S. Troutman, Counsel for the Appellee